IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
NOV 28 2000
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| Judith Mueller, | ) |
|       Plaintiff(s), | ) CASE NO. 00-802-DRH |
| vs. | ) TRACK C |
| Trenco, LLC, | ) Presumptive Trial Month: March, 2002 |
|       Defendant(s). | ) JUDGE ASSIGNED: David R. Herndon |

## NOTICE TO COUNSEL

Pursuant to **Local Rule 16.1**, the above-styled cause has been assigned as a "Track C" case. Therefore, you are hereby placed on notice that a presumptive trial month has been set as indicated above.

**Local Rule 16.2(c)** calls for an initial pre-trial scheduling and discovery conference, which is hereby set before Honorable Clifford J. Proud via telephone conference call on December 20, 2000 at 9:00 am. **Counsel for the Plaintiff shall be responsible for placing the conference call to the Court and opposing counsel. The telephone number for the Court for this conference is (618) 618-482-9106. The purposes of this conference are:**

1. To discuss the Joint Report of the Parties as to the proposed discovery plan;

2. To discuss the possibility of settlement;

3. To discuss the possibility of using a voluntary alternative dispute resolution device (e.g., mediation, arbitration, summary jury trial, mini-trial) to resolve the dispute;

4. To discuss the complexity of the case and, if it is tried, the approximate number of days necessary to complete the testimony;

5. To confirm the presumptive date for the trial (see Local Rule 16.1(a));

6. To set a cut-off date for completion of all discovery including experts' discovery (or in the case of extraordinarily complex cases, the cut-off date for completion of core discovery) which date shall be no later than ninety (90) days before the first day of the month of the presumptive trial date;

7. To establish a plan for the management of discovery in the case, including any limitations on the use of the various discovery devices that may be agreed to by the parties, ordered by the judicial officer presiding over the conference, or required by Local Rule (see Rule 33.1 of the Local Rules) of this Court restricting a party to twenty-five (25) interrogatories, except by leave of Court and requirements as to disclosures and scheduling of discovery relating to expert witnesses;

8. To formulate, simplify and narrow the issues;

9. To discuss and set deadlines for amendments to the pleadings including the filing of third-party complaints, which deadline shall be no later than ninety (90) days following this conference;

10. To discuss the filing of potential motions and a schedule for their disposition, including the cut-off date for filing dispositive motions;

11. To set the approximate date of the settlement conference (see Local Rule 16.3);

12. To set the approximate date of the final pre-trial conference (see Local Rule 16.2);

13. To consider the advisability of referring various matters to a Magistrate Judge or a Special Master;

14. To discuss the advisability of one or more additional case management conferences prior to the final pre-trial conference; and

15. To cover any other procedural issues that the judicial officer hearing the case determines to be appropriate for the fair and efficient management of the litigation.

The Joint Report of Parties and Proposed Scheduling and Discovery Order, consented to and signed by each party or by an attorney of record, at the discretion of the assigned judicial officer, may be deemed to satisfy the requirements of Local Rule 16.2(c).

All actions taken at the initial pre-trial scheduling and discovery conference will be incorporated into a pre-trial scheduling and discovery order, which shall be modified only by Order of Court.

**The scheduling and discovery conference may, at the discretion of the Magistrate Judge, be canceled if the Magistrate Judge approves the parties' Joint Report of Parties and Proposed Scheduling and Discovery Order as submitted.**

Dated: November 28, 2000

NORBERT G. JAWORSKI
CLERK OF COURT

By _____
Angie Vehlewald, Deputy Clerk

**Forms referenced in this document are available, free of charge, downloadable from the district court web site at www.ilsd.uscourts.gov or from the Clerk's Office for a fee of $3.00. Copies of the new forms are included as attachments in the January, 2000 revision of the Local Rules.**