IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

DEC ? 2000

CLERK, U.S. DISTRICT COURT
 HERN DISTRICT OF ILLINOIS
 AST ST. LOUIS OFFICE

| | |
|---|---|
| **JUDITH MUELLER,** )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>**TRENCO, LLC,** )<br>)<br>Defendant. ) | Civil No. **00-802-DRH**<br><br>CJRA TRACK: **C**<br><br>PRESUMPTIVE TRIAL MONTH:<br>**MARCH, 2002** |

### ORDER ADOPTING JOINT REPORT AND
### PROPOSED SCHEDULING AND DISCOVERY ORDER

Having reviewed the Joint Report of Parties and Proposed Scheduling and Discovery Order, and finding that the parties have complied with the requirements of **Fed.R.Civ.P. 26(f)** and **Local Rule 16.2(b)**, the Court hereby approves and enters the Proposed Scheduling and Discovery Order as submitted by the parties.

**Due to the late discovery and dispositive motion deadlines selected by the parties, NO extensions of these deadlines will be granted.**

A Settlement Conference is set before Magistrate Judge Proud in accordance with **Local Rule 16.3(b)** on **January 30, 2002, at 10:00 a.m.**, in the Federal Courthouse, East St. Louis, Illinois; settlement statements are due by **January 23, 2002**.

A Final Pretrial Conference will be set by the trial judge in accordance with **Local Rule 16.2(d)**.

As initially set by the Court, the presumptive trial month is **March, 2002**.

**DATED:  December 19, 2000**

_/s/ Clifford J. Proud_
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUDITH MUELLER, | ) |
| | ) CASE NO. 00-802-DRH |
| Plaintiff, | ) |
| | ) TRACK C |
| vs. | ) |
| | ) Presumptive Trial Month: Mar. 2002 |
| TRENCO, L.L.C., | ) |
| | ) JUDGE ASSIGNED: |
| Defendant. | ) David R. Herndon |

### JOINT REPORT OF PARTIES AND
### PROPOSED SCHEDULING AND DISCOVERY ORDER

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.3, an initial meeting of the parties was held on December 18, 2000, with Paul M. Storment, Jr., attorney for Plaintiff, and Thomas Scott Stewart, attorney for Defendant, participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. Initial interrogatories and requests to produce, pursuant to Fed. R. Civ. P. 33 and 34, shall be served on opposing parties by February 2, 2001.

2. Plaintiffs' depositions shall be taken by June 1, 2001.

3. Deposition of Defendants and their representatives shall be taken by September 3, 2001.

4. Third Party actions must be commenced by July 2, 2001. Cross-claims and counterclaims shall be filed in accordance with Federal Rules of Civil Procedure.

5. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Fed. R. Civ. P. 26(a)(2) as follows:

| | |
|---|---|
| Plaintiffs' expert(s): | September 28, 2001 |
| Defendants' expert(s): | October 31, 2001 |
| Third Party expert(s): | October 31, 2001 |

6. Depositions of expert witnesses must be taken by:

Plaintiffs' expert(s): October 31, 2001

Defendants' expert(s): November 30, 2001

Third Party expert(s): November 30, 2001

7. **Discovery** shall be completed by November 30, 2001, (which date shall be no later than ninety (90) days before the first day of the month of the presumptive trial month). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

8. **Notice of Motion** form where Local Rule 7.1(g) is applicable shall be filed by December 10, 2001, (which date shall be no later than seventy-five (75) days before the first day of the month of the presumptive trial month).

9. All **dispositive motions**, and completed motion packets as required by Local Rule 7.1, shall be filed by January 14, 2002, (which date shall be no later than forty-five (45) days before the first day of the month of the presumptive trial month). Dispositive motions filed after this date will not be considered by the Court.

10. The Scheduling and Discovery Conference may, at the discretion of the Magistrate Judge, be canceled if the Magistrate Judge approves the parties' proposed Scheduling and Discovery Order as submitted.

Dated: 12-18-00

By: /s/ Paul M. Storment
PAUL M. STORMENT, JR., #02748150
STORMENT, TEAGUE & LASHLEY
310 East Washington Street
Belleville, IL 62220
(618) 233-4846

Respectfully submitted,

By: /s/ Thomas Scott Stewart
THOMAS SCOTT STEWART, #06230341
BURROUGHS, HEPLER, BROOM,
MACDONALD, HEBRANK & TRUE
103 W. Vandalia St., P.O. Box 510
Edwardsville, IL 62025-0510

2

Attorneys for Plaintiff                (618) 656-0184
                                       (618) 656-1364 FAX
                                       Attorneys for Defendant