IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JUDITH MUELLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   00-802-CJP |
| | ) | |
| TRENCO LLC, | ) | |
| | ) | |
| Defendant(s), | ) | |
| | ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to Order entered by United States Magistrate Judge Clifford J. Proud on December 27, 2001, the above-captioned action is **DISMISSED** with prejudice.

Dated: _12-28-01_

FILED
DEC 28 2001
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Norbert G. Jaworski
By: _____
Deputy Clerk

Approved: _____
Clifford J. Proud
United States Magistrate Judge